FILED  
United States Court of Appeals  
Tenth Circuit

October 2, 2017

Elisabeth A. Shumaker  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

DAVID LANDON SPEED,

    Plaintiff - Appellee,

v.

JMA ENERGY COMPANY, LLC,

    Defendant - Appellant.

No. 17-7040  
(D.C. No. 6:17-CV-00006-RAW)  
(E.D. Okla.)

_____

## JUDGMENT
_____

Before **HARTZ**, **McKAY**, and **MATHESON**, Circuit Judges.
_____

    This case originated in the Eastern District of Oklahoma and was argued by counsel.

    The judgment of that court is affirmed.

                  Entered for the Court

                  *Elisabeth A. Shumaker*

                  ELISABETH A. SHUMAKER, Clerk